

EXHIBIT 1

Account #: 15-4-0513-12
Lease #: 14267

## DWELLING LEASE

This Dwelling Lease is entered into on <u>December 23, 2014,</u> the ("Effective Date") by and between the Housing Authority of the City of South Bend, Indiana, and <u>Stanley Reed, Resident"</u>. Original Move in Date: <u>12/23/14.</u>

### BACKGROUND

A.   Termination by Resident. This Lease may be terminated by the Resident at any time by providing fifteen (15) days' prior written notice to HASB in the manner specified in Section 12. *The tenant may terminate the lease by providing HASB with a written 15-day advance notice as defined in the lease agreement. Failure to give appropriate notice or moving during the first 12 months of the lease will result in the loss of the resident's deposit.*

### TERMS

NOW THEREFORE, in consideration of the promises, the mutual terms, covenants and conditions contained herein, the parties hereto, intending to be legally bound, hereby covenant and agree as follows:

1.   **DWELLING UNIT**

HASB hereby leases to the Resident the dwelling unit located *at* <u>*501 Alonzo Watson Dr., Apt. 420,*</u> the "Dwelling Unit"), and the Resident leases such dwelling unit from HASB under the terms and conditions outlined in this Lease, the rules and regulations of HASB and applicable laws and regulations.

2.   **PERSONS RESIDING IN THE DWELLING UNIT**

The Resident agrees to continuously occupy the Dwelling Unit as a residence for himself or herself and the members of his or her household. The Resident agrees that the household members listed below are the only persons who are permitted to reside in the Dwelling Unit:

1

| Member # | Household Member | DOB | Relation to Head |
|---|---|---|---|
| 1. | Stanley Reed | ███53 | Head of Household |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

The Resident agrees that the only persons permitted to reside in the Dwelling Unit are those household members listed above. The Resident agrees that the persons listed above shall be considered members of the household and residents in the Dwelling Unit until such time as the Resident provides HASB with written notice that such persons are no longer members of the household and are therefore no longer residents in the Dwelling Unit. The Resident agrees to obtain the prior written consent of HASB before permitting any persons to reside in the Dwelling Unit. THE RESIDENT AGREES THAT HE OR SHE SHALL BE RESPONSIBLE FOR THE ACTIONS OF ALL HOUSEHOLD MEMBERS AND ALL GUESTS OF HOUSEHOLD MEMBERS, AND THAT ANY VIOLATIONS OF THIS LEASE BY SUCH PERSONS SHALL BE GROUNDS FOR TERMINATION OF THIS LEASE AND EVICTION OF ALL HOUSEHOLD MEMBERS FROM THE DWELLING UNIT. Individuals subject to a lifetime registration requirement under a state sex offender registration program are barred from admission to public housing.

3.  TERM OF THE LEASE

The term of this Lease shall be for one year from the effective date and shall be automatically renewed for additional consecutive terms of one (1) month each, without further action by the Resident or HASB, at such rent as may be established by HASB, unless earlier terminated by the Resident or HASB pursuant to the provisions of this Lease. If the resident moves during the first year of residency, the security deposit will be forfeited.

4.  PAYMENTS AND CHARGES DUE UNDER THE LEASE

   A.  Rent. The initial rent due to HASB under this Lease is $ 25.00 per month payable in advance on the first day of each month without demand. The amount of rent for the Dwelling Unit due to HASB under this Lease is subject to change during the term of this Lease as determined by HASB in accordance with applicable federal laws and regulations. If the Resident is delinquent three (3)

times, in any six (6) month period, Resident shall be determined to be in repeated violation of the terms of this Lease. In such an event, HASB may consider the repeated violation to be a breach of a condition of this Lease and the Resident will be given fourteen (14) days to vacate the Dwelling Unit. The HA will set ceiling rents for its public housing units using as a basis the Fair Market Rent/65th percentile system. A 30% administration fee will be added to cover the costs of collecting unpaid accounts.

B. Late Fee. Rent payments not received by HASB by the fifth calendar day of the month in which such payments are due will incur a late fee of <u>forty dollars</u> ($ 40.00) or be subject to the progressive late fee scale listed below. HASB will charge the Resident a <u>fifteen dollars</u> ($15.00) handling charge for any unpaid checks returned to HASB because of a closed checking account, stop payment order, non-sufficient funds or other reason. If a check is not honored by the tenth calendar day of the month, the rent will be considered unpaid and subject to the <u>$55.00</u> late charge. HASB will provide written notice to the Resident of the amount of the late fee and/or handling charge owed and such charge shall be due and collectible on the fifteenth day after the date of written notice.

Late Fee Scale:

| | |
|---|---|
| 1st occurrence | $40.00 |
| 2nd occurrence | $45.00 |
| 3rd occurrence | $50.00 |
| 4th occurrence | $55.00 |
| 5th occurrence | $60.00 |

C. Court Costs and Attorney's Fees. HASB will charge the Resident a fee to cover court costs and/or reasonable attorney's fees whenever HASB incurs such costs and/or fees in a legal proceeding in which the Resident does not prevail. If the Resident is evicted, HASB will remove the Resident's personal property from the Dwelling Unit and dispose of such property in a manner prescribed by local law. The Resident shall be responsible for the actual costs of removing the personal property from the Dwelling Unit.

C. Security Deposit. The Resident agrees to pay a security deposit, which HASB will use for payment of any rent or other charges which the Resident owes, or for repair of any damage to the Dwelling Unit upon termination of this Lease. A security deposit in the amount of <u>$175.00</u> shall be due and payable prior to occupancy. The security may not be used to pay rent or other charges while the Resident occupies the Dwelling Unit. No refund of the security deposit will be made until after the Resident has vacated the Dwelling Unit, the Dwelling Unit has been inspected by HASB, all remaining charges on the Resident's account have been deducted, and the Resident provides notice of new address

3

within 30 days after vacating the premises. All interest on the Security Deposit accrues to the Authority.

E. Maintenance charges. The Resident shall notify HASB promptly of required repairs to the Dwelling Unit, and of unsafe conditions in the areas surrounding the Dwelling Unit. Except for normal wear and tear, the Resident agrees to pay reasonable charges for repair for intentional or negligent damage to the Dwelling Unit and the areas surrounding the Dwelling Unit, HASB equipment, or for extra maintenance expense caused by the Resident, the household members, guests and for damage caused by the failure of the Resident to report the need for repairs. In the absence of a satisfactory explanation, damage beyond normal wear and tear to the Dwelling Unit and the areas surrounding the dwelling unit shall be deemed to be caused by the Resident, the household members or guests intentionally or negligently. HASB will provide written notice to the Resident of the amount of the maintenance charges owed and such charges shall be due and collectible on the fifteenth (15th) day after the date of written notice. HASB reserves the right to refuse a tender of rent if made without a payment of such charges after such charges are due. In no event shall a tender of rent without a payment of charges be accepted if the Resident has been served with a notice to vacate. The Resident shall be charged for the cost of maintenance services in accordance with the Schedule of Maintenance Charges posted in the HASB central management office when HASB determines that needed maintenance is not caused by normal wear and tear. The Resident shall be charged the actual cost to HASB for the labor and materials needed to complete the work for repairs not listed on the Schedule of Maintenance Charges.

F. Utilities.

1. HASB shall furnish the Resident with the following utilities: <u>Water, Electric, Gas</u> HASB shall not be responsible for failure to furnish utilities by reason of any cause beyond HASB's control (allowances) for these <u>$0.00</u> Resident shall pay HASB for utility costs in excess of the allowance.

2. Resident shall supply the following utilities<u>: None</u> Resident must supply proof to HASB that the utilities the Resident is responsible for are all in the Residents' name and remain in the Residents' name during the term of the lease. The Resident will be charged a $50.00 penalty fee per occurrence; per utility for any utility they are responsible for that is not in their name.

The Resident shall not install any additional major appliances, such as an air conditioner, clothes washer, clothes dryer, food freezer, additional refrigerator or other similar electrical appliances without the prior written consent of HASB.

4

G.  A resident will be charged a full month's rent for *ANY* portion of a month in which the resident is occupying the unit (example: the resident gives an intent to vacate notice and has not yet submitted their keys to the Housing Authority by the first of the month. In this case, the resident would be liable for an additional month of rent). *It is the submission to the Housing Authority of the unit's keys that stops the rent at the end of the month in which the keys are submitted.*

5.  REDETERMINATION OF RENT, DWELLING SIZE, AND ELIGIBILITY FOR CONTINUED OCCUPANCY

A.  Redetermination of Rent. On an annual basis, HASB shall determine whether the Resident is eligible for HASB housing, whether the rental amount paid by the Resident under this Lease should be increased, decreased or remain the same, and whether the size of the Dwelling Unit occupied by the Resident is appropriate to the Resident's needs. These determinations will be made in accordance with HASB's Admissions and Continued Occupancy Policies, which are posted in the HASB central management office. The resident may request a hardship deferment as outlined in the Admissions and Continued Occupancy Policy (ACOP). The initial rental amount and subsequent rental amount determinations shall remain in effect for the period between annual redeterminations of rent unless during such period:

   (i)   Persons not permitted to reside in the Dwelling Unit are determined by HASB To be residing in the unit;
   (ii)  The Resident requests a redetermination of rent due to a decrease in family income or a change in other circumstances and HASB grants such request;
   (iii) Income was received by any member of the household, which was not reported to HASB;
   (iv)  The current rental amount was calculated for a temporary time period; or
   (v)   There is a change in HUD regulations requiring such a redetermination.
   (vi)  Resident shall have the option at annual recertification of selecting either a flat or income based rent structure.
   (vii) When families move to another dwelling unit, the annual recertification date will not change.
   (viii) When family composition (adding members to family or family members turning either 18 or 62 or an increase income of $100 a month or more) the family MUST notify HASB within 14-days *in writing*.

5

A.  Annual Recertification. The Resident agrees to attend an annual recertification meeting and to furnish such information and certifications regarding income, assets and family composition as HASB may request to make determinations with respect to rent, eligibility, and the appropriateness of the size of the dwelling unit and to execute such further documentation as HASB may request to facilitate the verification of such information. The Resident's failure to attend the annual recertification meeting or furnish the requested information and certifications in a timely manner is grounds for termination of this Lease by HASB. If, as a result of misrepresentation made by Resident at the time of admission, annual re-examination, or rent review, Resident pays rent in an amount lower than that set forth in the Schedule of Rents, Resident shall be liable for the difference between the actual rent paid and the rent which should have been paid as determined by proper application of the Schedule of Rents. Resident shall be liable for such difference from the date of the misrepresentation to the date on which the proper rent adjustment becomes effective. Restitution of the difference must be paid in full within thirty (30) days of such determination. Failure to pay the balance due constitutes late rent and is grounds for termination of the Lease and eviction from the Dwelling Unit. If HASB determines that Resident has gained admission or remained in occupancy in the HASB's unit through Resident's misrepresentation of his/her income, assets, child care, or family composition, the Resident will be evicted immediately at the time the misrepresentation is discovered, whether the Resident is or is not eligible at the time the misrepresentation is discovered.

C.  Transfer to Appropriate Size Dwelling Unit. The Resident agrees to transfer to an appropriate size dwelling unit based on family composition upon notice from HASB that such a dwelling unit is available. Failure to transfer to such dwelling unit is grounds for termination of this Lease by HASB. A non-disabled Resident who accepts an accessible unit must transfer to another unit of appropriate size if disabled person/persons have need for the Resident's unit.

B.  Notification. When HASB re-determines the amount of rent payable by the Resident (not including redetermination of HASB's Schedule of Utility Allowances if any) or determines that the Resident must transfer to another dwelling unit based on family composition, HASB shall notify the Resident that the Resident may request an explanation stating the specific grounds of the HASB determination, and that if the Resident does not agree with the determination, the Resident shall have the right to request a hearing under the HASB Grievance Procedure.

6.   RESIDENT'S RIGHT TO USE AND OCCUPANCY

A.  Occupancy. The Resident shall have the right to exclusive use and occupancy of the Dwelling Unit by the members of the household authorized to reside in the unit in accordance with the Lease, including, subject to Section 8. C, reasonable accommodation of their guests. For purposes of this Lease, the term "guest" means a person in the Dwelling Unit with the consent of a member of the household authorized to reside in the Dwelling Unit.

B.  Legal Profit-Making Activities. With the prior written consent of HASB, authorized members of the household may engage in legal profit-making activities in the Dwelling Unit where HASB determines in its sole and absolute discretion that such activities are incidental to primary use of the leased Dwelling Unit for residence by members of the household.

C.  Residence by Foster Children and Live-In Aides.
(i) With the prior written consent of HASB, a foster child or a live-in aide may reside in the Dwelling Unit. HASB may adopt reasonable policies concerning residence by a foster child or a live-in aide and defining the circumstances in which HASB consent will be granted or denied. Under such policies, the factors considered by HASB may include:
   (a) Whether the addition of a new occupant may necessitate a transfer of the family to another unit, and whether such units are available;
   (b) HASB's obligation to make reasonable accommodation for disabled persons. However, under no circumstances may the relatives of a live-in aide reside in the Dwelling Unit.
(ii) For purposes of this Lease the term "live-in aide" means a person who resides with an elderly, disabled or handicapped person and who:
   (a) is determined by HASB to be essential to the care and well-being of the person;
   (b) is not obligated for the support of the person; and
   (c) would not be living in the Dwelling Unit except to provide the necessary supporting services.

7.  HASB OBLIGATIONS

Except in circumstances beyond its control, HASB is obligated to:

A.  Maintain the Dwelling Unit and the development in decent, safe and sanitary condition;

B.  Comply with requirements of applicable building codes, housing codes and HUD regulations materially affecting health and safety;

C.     Make necessary repairs to the Dwelling unit;

D.     Keep development buildings, facilities and common areas not otherwise assigned to the Resident for maintenance and upkeep, in a clean and safe condition;

E.     Maintain in good and safe working order and condition electrical, plumbing, sanitary, heating, ventilating, and other facilities and appliances, including elevators supplied or required to be supplied by HASB;

F.     Provide and maintain appropriate receptacles and facilities (except containers for the exclusive use of an individual Resident family) for the deposit of ashes, garbage, rubbish and other waste removed from the Dwelling Unit by the Resident as provided in subsection 8.G. below;

G.     Supply running water and reasonable amounts of hot water and reasonable amounts of heat at appropriate times of the year (according to local custom and usage) except where the building that includes the Dwelling Unit is not required by law to be equipped for that purpose, or where heat or hot water is generated by an installation within the exclusive control of the Resident and supplied by a direct utility connection; and

H.     (i) Notify the Resident of the specific grounds for any proposed adverse action by HASB. Such adverse action includes, but is not limited to, a proposed lease termination, transfer of the Resident to another unit, or imposition of charges for maintenance and repair, or for excess consumption of utilities.

(ii) When HASB is required to afford the Resident the opportunity for a hearing under the HASB Grievance Procedure for a grievance concerning a proposed adverse action:

    (a)     The notice of proposed adverse action shall inform the Resident of the right to request such hearing. In the case of a lease termination, a notice of lease termination in accordance with 24 CFR section 966.4(l)(3) shall constitute adequate notice of proposed adverse action.

    (b)     In the case of a proposed adverse action other than a proposed lease termination, HASB shall not take the proposed action until the time for the Resident to request a grievance hearing has expired, and (if a hearing was timely requested by the Resident) the grievance process has been completed.

I.     HASB is not responsible for any damages and/or losses to the Resident's personal property. The HASB's insurance will not cover the Resident's personal property. The Resident should secure personal household insurance.

8

8. **RESIDENT OBLIGATIONS**

The Resident shall be obligated as follows:

A. Should HUD mandate, except if specifically exempted, resident is required to contribute eight (8) hours per month community service or participate in a self-sufficiency program.

B. Resident agrees to give HASB notice in writing when the premises are to be vacant for two weeks or more, but such notice shall not render HASB responsible for any personal property of any nature or description left in or on the Dwelling Unit during Resident's absence.

C. To attend resident orientation.

D. Not to assign the Lease or sublease or transfer possession of the Dwelling Unit or any part thereof; or permit the use of the premises for any purposes other than as a private dwelling solely for the Resident and family members appearing on this Lease. This does not exclude visitors of the Resident from occupying premises for a reasonable length of time except that visits beyond one week shall require the written approval of HASB and visitors may not occupy the premises for more than fourteen days within a twelve-month period. Visitor status shall be assumed if the person claiming such status maintains a separate domicile.

E. Not to provide accommodations for boarders or lodgers;

F. To use the Dwelling Unit solely as a private dwelling for the Resident and the Resident's household as identified in this Lease and not to use or permit its use for any other purpose;

G. To abide by all rules and regulations promulgated by HASB as amended from time to time, which shall be posted in the HASB central management office and incorporated by reference in this Lease;

H. To comply and cause all members of the household and guests to comply with all obligations imposed upon Residents by applicable provisions of building and housing codes materially affecting health and safety;

I. To keep the Dwelling Unit and such other areas as may be assigned to the Resident for the Resident's exclusive use in a clean and safe condition;

J. To dispose of all ashes, garbage, rubbish and other waste from the Dwelling Unit in a sanitary and safe manner;

K.  To use only in a reasonable manner all electrical, plumbing, sanitary, heating, ventilating, air-conditioning and other facilities and appurtenances, including elevators;

L.  To refrain from, and to cause the household and guests to refrain from destroying, defacing, damaging or removing any part of the Dwelling Unit or development;

M.  To pay reasonable charges for the repair of damage to the Dwelling Unit (other than for ordinary wear and tear), or to the development (including damage to buildings, facilities or common areas) caused by the Resident, members of the household or guests;

N.  To act, and cause household members and guests or children to act, in a manner which will not disturb other Residents' peaceful enjoyment of their accommodations and will be conducive to maintaining the development in a decent, safe and sanitary condition;

O.  (i)  To assure that the Resident, any member of the household, a guest, or another person under their control shall not engage in:
   (a)  Any activity that threatens the health, safety, or right to peaceful enjoyment of HASB's public housing premises by other residents or employees of HASB; or
   (b)  Any drug-related criminal activity on or off such premises. Any criminal activity in violation of the preceding sentence shall be cause for termination of this Lease and eviction from the Dwelling Unit.
   (ii)  For purposes of this Lease, the term "drug-related criminal activity" means the illegal manufacture, sale, distribution, use or possession with intent to manufacture, sell, distribute, or use, of a controlled substance (as defined in section 102 of the Controlled Substances Act (21 U.S.C. section 802));

P.  To perform seasonal tasks as requested by HASB including watering and mowing of lawns and snow and ice removal, and to maintain yards and side yards of detached and semi-detached housing units. Residents who are unable to perform such tasks due to age or disability shall be exempted from the obligation upon written request to HASB;

Q.  Residents may be allowed to keep pets as outlined in the PET POLICY

R.  To report any pests which are observed in the dwelling unit. HASB reserves the right to provide routine pest control services at no cost to the Resident. However, should an extended, or more concentrated service be required due to housekeeping or other conditions caused by the Resident, or refusal of

routine service by the Resident, then the Resident will be charged the actual cost of this extended or concentrated service. To prepare for the pest control services, the Resident may be required at HASB's request to remove all items from cabinets, shelves and drawers in kitchen and pantry areas, (place on kitchen table and cover); pull range and refrigerator units from wall, and clean under and behind such units; remove all items from closet shelves and floor; move all hanging clothes to the center of the rods; pull all furniture from the wall; and cover all unpacked food items including those in the refrigerator;

S. Upon notice from HASB, remove from any parking place within the development any unlicensed or inoperable vehicle or other vehicle under repair owned by the Resident or members of Resident's household or guests. Any vehicle remaining in a parking area twenty-four (24) hours after such notice shall be considered abandoned and may be disposed of by HASB with the cost of removal and disposal assessed against Resident.

T. Resident shall use reasonable care to keep his/her Dwelling Unit in such condition as to prevent health or sanitation problems from arising. Resident shall notify HASB promptly of known need for repairs to his/her Dwelling Unit, and of known unsafe conditions of the grounds of the unit, which may lead to damage or injury. Except for normal wear and tear, Resident shall pay reasonable charges for repair of intentional or negligent damage to the Dwelling Unit or the development caused by Resident, his/her family dependents, or guests; or for services performed by HASB because of Resident's failure to adequately maintain the grounds on which the Dwelling Unit is located.

U. Resident shall pay rent in advance on the first day of each month without demand.

V. Resident shall keep all HASB appliances and equipment reasonably clean and use reasonable care in their use, operation, and maintenance at all times.

W. Resident shall keep the yard neat and free of junk storage. Trash in trash cans must be kept outside in the designated garbage areas and at no time stored in the unit.

X. Resident shall not permit any objectionable or disorderly conduct, offensive language, noise or create or permit the creation of a nuisance on the premises which will disturb or interfere with other Residents' right to peaceful enjoyment of the premises.

Y. Resident shall not install any antenna, radio equipment, and/or other communication devices that would disturb or interfere with other Residents' right to peaceful enjoyment of the premises.

11

Z. No additional or new locks may be installed on any doors without prior written approval by HASB.

AA. Water must not be allowed to overflow by leaving faucets open. Toilets and other water apparatus shall not be used for any purposes other than those for which they were constructed.

BB. Windows and doors must not be left open in cold weather whereby water pipes will freeze.

CC. Resident agrees to promptly notify HASB of any conditions in the unit that are dangerous to health or safety of Resident or other Residents, or which may do damage to the premises or waste utilities provided by the HASB. Damages done by third parties must be reported to local police department as well as HASB. Resident may be held responsible for damages done by their guests.

DD. Residents are responsible for paying the rent and any other money due to HASB under this Lease or as a result of any breach of this Lease, and each and every Resident is individually responsible for paying the full amount of such debts, not just a proportionate share.

9. DEFECTS HAZARDOUS TO LIFE, HEALTH OR SAFETY

If the Dwelling Unit is damaged to the extent that conditions are created which are hazardous to life, health or safety of the occupants:

A. The Resident shall immediately notify HASB of the damage;

B. HASB shall be responsible for repair of the Dwelling Unit within a reasonable time, provided, that if the damage was caused by the Resident, the Resident's household or guests, the reasonable cost of the repairs shall be charged to the Resident;

C. HASB shall offer standard alternative accommodations, if available, where necessary repairs cannot be made within a reasonable time; and

  C. Rental payments shall abate in proportion to the seriousness of the damage and loss in value as a dwelling if repairs are not made in accordance with subsection B above, or alternative accommodations are not provided in accordance with subsection C above, except that no abatement of rent shall occur if the Resident fails to cooperate with those persons attempting to make such repairs; or rejects the alternative accommodations; or if the damage was caused by the Resident, Resident's household, or guests.

12

10.  PRE-OCCUPANCY AND POST-TERMINATION INSPECTIONS

A.  Pre-Occupancy Inspection. HASB and the Resident or the Resident's representative shall inspect the Dwelling Unit prior to commencement of occupancy by the Resident. HASB shall furnish the Resident with a written statement of the condition of the Dwelling Unit and the equipment provided with the unit. The statement shall be signed by HASB and the Resident and a copy of the statement shall be retained by HASB in the Resident's file.

B.  Post-Termination Inspection. HASB shall inspect the Dwelling Unit at the time the Resident vacates the unit and furnish the Resident with a statement of any charges to be made in accordance with this Lease. HASB shall notify the Resident of the inspection, and the Resident or the Resident's representative may join in the inspection, unless the Resident vacates the Dwelling Unit without having given prior written notice to HASB.

C.  Interim Inspections. HASB may perform interim inspections of the Dwelling Unit to review maintenance and housekeeping. Failure of the Resident to maintain good housekeeping and properly report maintenance items is grounds for termination of the Lease and eviction from the Dwelling Unit.

11.  ENTRY OF THE DWELLING UNIT DURING THE TERM OF THIS LEASE

A.  During the term of this Lease, HASB, its employees, agents and representatives, shall, upon reasonable advance notification to the Resident, be permitted to enter the Dwelling Unit during reasonable hours for the purpose of performing routine inspections and maintenance, for making improvements or repairs, for showing the Dwelling Unit for re-leasing, or for other good cause.

B.  HASB may enter the Dwelling Unit at any time without advance notification when there is reasonable cause to believe that an emergency exists.

C.  If the Resident and all adult members of the household are absent from the Dwelling Unit at the time of entry, HASB shall leave in the Dwelling Unit a written statement specifying the date, time and purpose of entry prior to leaving the Dwelling Unit.

12.  NOTICES

A.  Notice to the Resident. Except as provided in section 11, any notice required or permitted to be given to the Resident under this Lease shall be in writing and delivered to the Resident or to an adult

13

member of the Resident's household residing in the Dwelling Unit, or sent by prepaid first class mail and certified mail and properly addressed to the Resident. If the Resident notifies HASB that he or she is visually impaired, then HASB shall provide notice in a format, which is accessible to that person.

B. Notice to HASB. Any notice required or permitted to be given to HASB under this Lease shall be in writing and delivered to the HASB central management office or sent by prepaid first class mail properly addressed to HASB.

13. TERMINATION OF LEASE

A. Termination by Resident. This Lease may be terminated by the Resident at any time by providing fifteen (15) days' prior written notice to HASB in the manner specified in Section 12. *The tenant may terminate the lease by providing HASB with a written 15-day advance notice as defined in the lease agreement. Failure to give appropriate notice or moving during the first 12 months of the lease will result in the loss of the resident's deposit.*

B. Termination by HASB. HASB may terminate the Lease for serious or repeated violations of material terms of the Lease, including but not limited to failure to pay rent and other charges when due, failure to abide by the Resident's obligations under this Lease, or other good cause.

C. Criminal Activity Grounds for Termination by HASB. HASB has a One Strike or "Zero Tolerance" policy with respect to violations of Lease terms regarding criminal activity. Either of the following types of criminal activity by the Resident, any member of the household, a guest, or another person under their control shall be cause for termination of this Lease and eviction from the Dwelling Unit, even in the absence of an arrest or conviction:

    (i) Any criminal activity that threatens the health, safety or right to peaceful enjoyment of HASB public housing premises by other Residents; or

    (ii) Any drug-related criminal activity on or off such premises.

ANY CRIMINAL ACTIVITY OR DRUG-RELATED CRIMINAL ACTIVITY SPECIFIED ABOVE CONSTITUTES A SERIOUS VIOLATION OF MATERIAL TERMS OF THE LEASE AND WILL BE GROUNDS FOR TERMINATION OF THE LEASE AND EVICTION FROM THE DWELLING UNIT. SUCH ACTIVITY CONSTITUTES GROUNDS FOR TERMINATION AND EVICTION NOTWITHSTANDING THE ABSENCE OF AN ARREST OR CONVICTION.

D.    Termination on Alcohol Abuse Grounds. Alcohol abuse by the Resident, any member of the household, a guest or another person under their control is grounds for termination of Lease if HASB determines such alcohol abuse interferes with the health, safety or right to peaceful enjoyment of the HASB public housing premises by other Residents.

E.    Notice of Lease Termination.
- (i) HASB shall give written notice of lease termination of:
  - (a) Fourteen (14) days in the case of failure to pay rent or other charges;
  - (b) A reasonable time considering the seriousness of the situation (but not to exceed 30 days) when the health or safety of other Residents or HASB employees or persons residing in the immediate vicinity of the premises are threatened;
  - (c) Thirty (30) days in all other cases.
- (ii) The notice of lease termination to the Resident shall state the specific grounds for termination of the Lease and shall inform the Resident of the Resident's right to make such reply as the Resident may wish. The notice shall also inform the Resident of the right to examine HASB documents directly relevant to the termination or eviction as outlined in subsection 13G. below. When HASB is required to afford the Resident the opportunity for a grievance hearing, the notice shall also inform the Resident of the Resident's right to request a hearing in accordance with the HASB Grievance Procedure.
- (iii) Any notice to vacate which is required by State or local law will run concurrently with a notice of lease termination under this Lease.
- (iv) When HASB is required to afford the Resident the opportunity for a hearing under the HASB Grievance Procedure for a grievance concerning a lease termination, the tenancy shall not terminate (even if any notice to vacate under State or local law has expired) until the time for the Resident to request a grievance hearing has expired, and (if a hearing was timely requested by the Resident) the grievance process has been completed.
- (v) When HASB is not required to afford the Resident the opportunity for a hearing under the HASB Grievance Procedure for a grievance concerning a lease termination, and HASB has decided to exclude such grievance from the HASB Grievance Procedure, the notice of lease termination shall:
  - (a) State that the Resident is not entitled to a grievance hearing on the termination;
  - (b) Specify the judicial eviction procedure to be used by HASB for eviction of the Resident, and state that HUD has determined that this eviction procedure provides the opportunity for a hearing in court that contains the basic elements of due process as defined in HUD regulations; and

15

(c) State whether the eviction is for criminal activity or for drug-related criminal activity.

F. **Eviction Only by Court Action.** HASB may evict the Resident from the Dwelling Unit only by bringing a court action.

G. (i) **HASB Discretion to Consider Circumstances.** In deciding to evict for criminal activity, HASB shall have discretion to consider all of the circumstances of the case, including the seriousness of the offense, the extent of participation by family members, and the effect that the eviction would have on family members not involved in the proscribed activity. In appropriate cases, HASB may, in its sole and absolute discretion, permit continued occupancy by remaining family members and may impose a condition that family members who engage in the proscribed activity will not reside in the unit. HASB may require a family member who has engaged in the illegal use of drugs to present evidence of successful completion of a treatment program as a condition to being allowed to reside in the unit.

(ii) **Notice to Post Office.** When HASB evicts an individual or family from a dwelling unit for engaging in criminal activity, including drug-related criminal activity, HASB shall notify the local post office serving that dwelling unit that such individual or family is no longer residing in the dwelling unit.

H. **Right to Examine HASB Documents before Hearing or Trial.** HASB shall provide the Resident a reasonable opportunity to examine, at the Resident's request, before a HASB grievance hearing or court trial concerning the termination of a tenancy or eviction, any documents, including records and regulations, which are in the possession of HASB, and which are directly relevant to the termination of tenancy or eviction. The Resident shall be allowed to copy any such document, at the Resident's expense. A notice of lease termination shall inform the Resident of the Resident's right to examine HASB documents concerning the termination of tenancy or eviction. If HASB does not make documents available for examination upon request by the Resident, HASB may not rely on such documents at the grievance hearing.

## 14. GRIEVANCE PROCEDURE

All disputes concerning the obligations of the Resident or HASB under this Lease other than those involving violent or drug-related criminal activity or the health, safety or right to peaceful enjoyment of the premises by other Residents or HASB employees shall be resolved in accordance with the HASB Grievance Procedure which is in effect at the time such grievance or appeal arises, and a copy of which is posted in the HASB central management office and is incorporated in this Lease by reference.

15. MODIFICATION

Modification of this Lease must be accomplished by a written rider to the Lease executed by both parties except for rent redeterminations, eligibility, appropriateness of dwelling size, schedules of special charges for services, repairs and utilities, and rules and regulations which are incorporated in this Lease by reference.

16. POSTING OF POLICIES, RULES AND REGULATIONS

Schedules of special charges for services, repairs and utilities and rules and regulations which are required to be incorporated in the Lease by reference shall be publicly posted in a conspicuous manner in the HASB central management office and shall be furnished to applicants and Residents on request. Such schedules, rules and regulations may be modified from time to time by HASB provided that HASB shall give at least thirty (30) days written notice to each affected Resident setting forth the proposed modification, the reasons therefore, and providing the Resident an opportunity to present written comments which shall be taken into consideration by HASB prior to the proposed modifications becoming effective.

17. ACCOMMODATIONS OF PERSONS WITH DISABILITIES.

A. For all aspects of the lease and grievance procedure, a disabled person shall be provided reasonable accommodations to the extent necessary to provide the disabled person with an opportunity to use and occupy the Dwelling Unit equal to a non-disabled person.

B. HASB hereby provides notice to the Resident that the Resident may at any time during the term of this Lease, request reasonable accommodation for a disabled household member, including reasonable accommodation so that the Resident can meet lease requirements or other requirements of tenancy.

18. MISCELLANEOUS.

Resident acknowledges that he or she has read and understands this Lease Agreement and the rules and regulations of HASB as amended from time to time.

IN WITNESS WHEREOF, the parties hereto have executed this Lease Agreement on the dates listed below.

_____         DATE: _____

IN WITNESS WHEREOF, the parties hereto have executed this Lease Agreement on the dates listed below.

_____*Stanley Reed*_____     DATE: _12-23-14_
**RESIDENT**

_____
**RESIDENT**

**HOUSING AUTHORITY**

By: __*[signature]*__     DATE: __12/23/14__

Title: __Interim Exec. Director__

18