



April 22, 2016



EXHIBIT
2
PENGAD 800-631-6989

Mr. Stanley Reed
501 Alonzo Watson Dr. #420
South Bend, IN 46601

## IMPORTANT 30-DAY NOTICE TO TERMINATE LEASE

YOU ARE HEREBY NOTIFIED by the Housing Authority of South Bend that your Lease is being terminated at the premises located at 501 Alonzo Watson Dr. #420 South Bend, Indiana, effective Wednesday, May 25, 2016 for the following reason (s):

Specifically: We received a Report on Friday, April 8, 2016 from Brian Hunsberger, the Majestic Security Office that your were involved in an altercation with an individual that resulted in physical bodily harm. During the altercation the individual had been stabbed and taken in an ambulance to the hospital. The South Bend Police Department was called and you were taken away by the officers. The incident required the Housing Authority of South Bend to contract clean up to an outside source for blood bourn Pathogen removal.

The Housing Authority of South Bend has a ONE STRIKE YOU'RE OUT or "ZERO TOLERANCE" policy for any violent criminal or drug-related activity on or off such premises. You are being cited for a serious violation, and your Lease is being terminated.

Your Lease provides the following:

## SECTION 8: RESIDENT OBLIGATIONS

O.    (i)    To assure that the Resident, any member of the household, a guest, or another person under their control shall not engage in:

.(a)    Any activity that threatens the health, safety, or right to peaceful enjoyment of HASB's public housing premises by other residents or Employees of HASB;

In accordance with the applicable Federal regulations [24.C.F.R. 966.50] the grievance procedure shall be applicable to all individual grievances between Resident and the HASB with the following exceptions:

    A.    Because HUD has issued a Due Process Determination that Indiana law requires that a Resident be given the opportunity for a hearing in court which provides the basic elements of due process before eviction from the dwelling unit, the grievance procedure shall not be applicable to any termination of tenancy or eviction that involves:

        1.    Any criminal activity that threatens the health, safety, or right to peaceful enjoyment of the premises of other residents or employee of HASB, or

        2.    Any violent or drug-related criminal activity on or off such premises. Any criminal activity in violation of the preceding sentence shall be cause for termination of this lease and eviction from the Dwelling Unit.

SECTION 13: TERMINATION OF LEASE

    B.    Termination by HASB. HASB may terminate the Lease for serious or repeated violation of material terms of the Lease, including but not limited to failure to pay rent and other charges when due, failure to abide by the Resident's obligations under this Lease, or other good cause.

    C.    Criminal Activity Grounds for Termination by HASB. HASB has a One Strike or "Zero Tolerance" policy with respect to violations of Lease terms regarding criminal activity. Either of the following types of criminal activity by the Resident, any member of the household, a guest, or another person under their control shall be cause for termination of this Lease and eviction from the Dwelling Unit even in the absence of an arrest or conviction.

        (i)    Any criminal activity that threatens the health, safety or right to peaceful enjoyment of HASB public housing premises by other Residents, or

        (ii)    Any drug-related criminal activity on or off such premises.

Due to criminal activity, you are not entitled to a Grievance hearing. You and or your guest have engaged in criminal activity. This activity threatens the health, safety or right to peaceful enjoyment of HASB public housing premises by other residents. You therefore are not entitled to a grievance hearing under the

HASB's Grievance Procedure. Rather, if you wish to contest the termination of your lease, you may do so during the eviction procedure to be used by the Housing Authority because HUD has determined that the judicial eviction procedure in Indiana provides the opportunity for a hearing in court that contains the basic elements of due process.

H.    Right to Examine HASB Documents before Hearing or Trial. HASB shall provide the Resident a reasonable opportunity to examine, at the Resident's request, before a HASB grievance hearing or court trial concerning the termination of a tenancy or eviction, any documents, including records and regulations, which are in the possession of HASB, and which are directly relevant to the termination of tenancy or eviction. The Resident shall be allowed to copy any such document, at the Resident's expense. A notice of lease termination shall inform the Resident of the Resident's right to examine HASB documents concerning the termination of tenancy or eviction.  If HASB does not make documents available for examination upon request by the Resident, HASB may not rely on such documents at the grievance hearing.

SECTION 14:  GRIEVANCE PROCEDURE

All disputes concerning the obligations of the Resident or HASB under this Lease other than those involving violent or drug-related criminal activity or the health, safety or right to peaceful enjoyment of the premises by other Residents or HASB employees shall be resolved in accordance with the HASB Grievance Procedure which is in effect at the time such grievance or appeal arises, and a copy of which is posted in the HASB central management office and is incorporated in this Lease by reference.

We will consider your Lease with us to be terminated as of Wednesday, May 25, 2016 at 12:00 (Midnight).  You need to have all of your belongings removed and keys returned to the Housing Authority of South Bend office by 8:00 a.m. on Thursday, May 26, 2016.

If you have any questions in this matter, please call your Property Manager Tim Pruitt at (574) 235-7658.

By:    _____

AGENT OF THE HOUSING AUTHORITY OF SOUTH BEND, INDIANA